**S. D'ANTONI, INC., and/or S. D'Antoni Motor Freight Lines.**

No. 52965.

Nov. 21, 1972.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

268 So.2d 673

**Gordon CORKERN**

**v.**

**MAIN INSURANCE CO. et al.**

**Alvin GARIC et al.**

**v.**

**MAIN INSURANCE CO. et al.**

No. 52941.

Nov. 16, 1972.

Writ not considered. Applicant made no application for rehearing to the Court of Appeal. La.R.S. 13:4450, L.C.C.P. 2167; Art. 7, Sec. 11, La.Const.